No. 2898. CINTRÓN, APELADO, *v.* LA CENTRAL JULIANA, INC., APELANTE.—Corte de Distrito de Ponce. Resuelto en mayo 4, 1923. Daños y perjuicios.

POR CUANTO, los únicos errores que han sido señalados por la apelante en este caso son los siguientes: 1, que la corte cometió error en desestimar como desestimó, la excepción previa deducida por la demandada contra la demanda en este caso; 2, error al considerar probadas todas y cada una de las alegaciones de la demanda y declarar como declaró con lugar la demanda y 3 error, al conceder al demandante la suma de $1,500 por concepto de daños y perjuicios y las costas de este procedimiento;

POR CUANTO el tribunal ha examinado debidamente los alegatos de las partes a la luz de la jurisprudencia citada, y

POR CUANTO hemos llegado a la conclusión que la demanda aduce hechos suficientes para determinar una causa de acción y que la corte inferior no cometió en la apreciación de la prueba errores tan manifiestos que exijan la revocación de la sentencia apelada.

POR TANTO, se confirma la sentencia dictada por la Corte de Distrito en Agosto 9, 1922.

No. 3039. COLÓN, APELADO, *v.* ALVARADO Y BAERGA, APELANTES.—Corte de Distrito de Ponce. Resuelto en mayo 4, 1923. Examinada la moción de desestimación del apelado y la certificación que se acompaña, se declara con lugar y se desestima la apelación.